**Order entered December 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01291-CV

## ESTATE OF ALBERT G. HILL, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-04117-2**

## ORDER

Before the Court is Dallas County Deputy Clerk Trinidad Pimentel's request for extension of time to file the clerk's record. We **GRANT** the request and **ORDER** the record be filed no later than January 7, 2019.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE